AVANTI D. BAKANE (SBN: 297859)
abakane@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 PARKCENTER DRIVE, SUITE 200
SACRAMENTO, CA 95825
Telephone: (312) 619-4922

Attorney for Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HARTWELL, <br><br> Plaintiff, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC <br><br> Defendant. | CASE NO. 2:25-cv-00064 <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT PORTFOLIO RECOVERY ASSOCIATES LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

ORDER

FOR GOOD CAUSE SHOWN, Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC's ("PRA") motion for an extension of time in which to file a responsive pleading to Plaintiffs' Complaint is hereby granted. The time in which PRA must file a responsive pleading to Plaintiffs' Complaint is hereby extended to February 10, 2025.

IT IS SO ORDERED.

Dated: January 13, 2025

_allison claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-

ORDER ON MOTION FOR EXTENSION